**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KAKHRAMON NURILLOEVICH SAYFIEV** | : | |
| **Petitioner,** | : | **3:26-cv-3219** |
| | : | **(JUDGE MARIANI)** |
| v. | : | |
| **ANGELA HOOVER, WARDEN CLINTON COUNTY CORRECTIONAL FACILITY, *et al.*,** | : | |
| **Respondents.** | : | |

# ORDER

**AND NOW, THIS** 23rd **DAY OF NOVEMBER 2026**, upon consideration of Petitioner Kakhramon Nurilloevich Sayfiev's counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 3), Petitioner's traverse (Doc. 4), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.
2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Kakhramon Nurilloevich Sayfiev from the custody of the Warden of the Clinton County Correctional Facility and **SHALL RETURN** to him all his personal belongings.
3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing an affidavit or declaration pursuant to 28 U.S.C. § 1746 **no later than Monday**

**November 30, 2026, at 5:00 P.M.**, confirming that Petitioner Kakhramon Nurilloevich Sayfiev has been released from custody and that his personal belongings have been returned.

4. Upon Petitioner's release from the Clinton County Correctional Facility, Respondents shall be **TEMPORARILY ENJOINED** from re-arresting or re-detaining Petitioner Kakhramon Nurilloevich Sayfiev for a period of **seven (7) days** to ensure that this habeas remedy is effective.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge